NATIVE HAWAIIAN LEGAL CORPORATION
1164 Bishop Street, Suite 1205
Honolulu, Hawaii  96813
Telephone:  (808) 521-2302
Fax:  (808) 537-4268

ANDREW B. SPRENGER     7681
anspren@nhlchi.org
SHARLA A. MANLEY        8868
shmanle@nhlchi.org
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD KAPELA DAVIS, MICHAEL HUGHES, DAMIEN KAAHU, ROBERT A. HOLBRON, JAMES KANE, III, and ELLINGTON KEAWE,<br><br>Plaintiffs,<br><br>vs.<br><br>NEIL ABERCROMBIE, in his official capacity as the Governor of the State of Hawaii; JODIE MAESAKA-HIRATA, in her official capacity as Interim Director of the Hawaii Department of Public Safety, CORRECTIONS CORPORATION OF AMERICA,<br><br>Defendants. | CIVIL NO. 11-00144 LEK/BMK (Declaratory and Injunctive Relief and Other Civil Action)<br><br>PLAINTIFF RICHARD DAVIS' MOTION TO COMPEL DEFENDANT CCA TO PRODUCE ITS ELECTRONICALLY-STORED INFORMATION AT ITS OWN EXPENSE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SHARLA MANLEY; EXHIBITS "1"-"16"; CERTIFICATE OF CONFERRING IN GOOD FAITH; CERTIFICATE OF SERVICE<br><br>Magistrate:  Barry M. Kurren<br>Judge:  Leslie E. Kobayashi<br>Trial Date: January 15, 2013 |

## PLAINTIFF RICHARD DAVIS' MOTION TO COMPEL DEFENDANT CCA TO PRODUCE ITS ELECTRONICALLY-STORED INFORMATION AT ITS OWN EXPENSE

Plaintiff RICHARD KAPELA DAVIS, by and through undersigned counsel, hereby moves pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure ("FRCP"), and Rule 7.2, Local Rules of Practice for the United States District Court for the District of Hawaii, this court, to order Defendant Corrections Corporation of America ("CCA") to produce its wardens' emails and other electronically-stored information at its own expense to respond to Plaintiff Richard Davis' First Set of Requests for Production of Documents to Corrections Corporation of America, Request Nos. 6-31.  This Court should compel CCA to respond fully to the outstanding discovery within 10 days.

Plaintiff Davis asks for the following specifically:

- Order CCA to identify each individual who has/had custody and/or control of those electronic documents (and any paper copies of those electronic documents) responsive to the First Set of Production of Documents to Defendant CCA;

- Compel CCA to search reasonably accessible formats – which under the weight of authority, are:  the hard drives of key players, active email servers, and archived emails on optical

disks – for documents responsive to Plaintiff Richard Davis' First Set of Production of Documents to Defendant CCA;

- Order CCA to conduct a good faith and diligent search for paper documents from the above-referenced custodians, and provide a supplemental response to the First Set of Production of Documents to Defendant CCA which indicates that it has done so;

- Order CCA to review all of their network files, emails, and local hard drives for all individuals who are likely to have responsive documents, including Warden Todd Thomas, Warden Bruno Stolc, Assistant Warden Ben Griego, Assistant Warden Bradley, Shari Kimoto, and other members of the State of Hawaii's Mainland Branch;

- Order CCA to submit an affidavit detailing all steps taken in furtherance of this search and describing the format on which all emails are stored within 10 days of this order;

- Compel CCA to produce all accessible data and documents found through this search within 10 days of this order;

- Rule that CCA could have reasonably anticipated this litigation as early as April 2009 and the duty to preserve electronic evidence arose then;

- CCA solely bears the responsibility for costs of producing emails dating back to April 2009;

- Compel CCA to identify information contained on inaccessible media like back-up tapes;

- Award Plaintiff Davis his fees and costs for this motion.

This motion is supported by the attached memorandum, declaration and exhibits; the entire record in this matter, including the pleadings and motions; and such other evidence and argument as may be presented at the hearing on this Motion.

    DATED:  Honolulu, Hawai'i, April 24, 2012.

                                        /s/ Sharla A. Manley
                                        ANDREW B. SPRENGER
                                        SHARLA A. MANLEY