NATIVE HAWAIIAN LEGAL CORPORATION
1164 Bishop Street, Suite 1205
Honolulu, Hawaii 96813
Telephone: (808) 521-2302
Fax: (808) 537-4268

| | |
|---|---|
| ANDREW B. SPRENGER | 7681 |
| anspren@nhlchi.org | |
| SHARLA A. MANLEY | 8868 |
| shmanle@nhlchi.org | |
| LEINA`ALA L. LEY | 9710 |
| leley@nhlchi.org | |

KAWAHITO SHRAGA & WESTRICK LLP
1990 S. Bundy Drive, Suite 280
Los Angeles, California 90025
Telephone: (310) 746-5300
Fax: (310) 593-2520

| | |
|---|---|
| JAMES KAWAHITO | 9099 |
| jkawahito@kswlawyers.com | |
| SHAWN C. WESTRICK | (Admitted Pro Hac Vice) |
| swestrick@kswlawyers.com | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD KAPELA DAVIS, TYRONE GALDONES, MICHAEL HUGHES, DAMIEN KAAHU, ROBERT A. HOLBRON, JAMES KANE, III, ELLINGTON KEAWE, and KALAI POAHA,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. 11-00144 LEK/BMK<br>(Declaratory and Injunctive Relief and Other Civil Action)<br><br>PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION; DECLARATION OF TY PRESTON KAWIKA TENGAN; EXHIBIT "1"; DECLARATION OF SHARLA |

| | |
|---|---|
| TED SAKAI, in his official capacity as Director of the Hawaii Department of Public Safety; CORRECTIONS CORPORATION OF AMERICA,<br><br>Defendants. | MANLEY; EXHIBITS "A"-"I"; CERTIFICATE OF SERVICE |

**PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

| STATEMENT OF FACT | EVIDENCE |
|---|---|
| **A. GENERAL ASPECTS OF NATIVE HAWAIIAN RELIGION** | |
| 1. Today, Native Hawaiians continue to participate in the indigenous spiritual and religious systems based upon tenets and beliefs first established by the aboriginal people who, prior to 1778, occupied and exercised sovereignty in the area that now comprises the State of Hawai`i. These religious and spiritual beliefs and practices originate in, and are interpreted from within, the traditional Native Hawaiian culture and community. | Expert Report of Ty Preston Kāwika Tengan ¶ 7 (attached as Exhibit 1 to Declaration of Ty Preston Kāwika Tengan) |
| 2. In general, Native Hawaiian spiritual tenets and beliefs are manifested in the observance of certain rituals and other activities to acknowledge `aumākua and akua (deities), ancestors, and are also expressed and perpetuated in the very essence of a people and their relationship to each other and to their kulāiwi (native land). | Expert Report of Ty Preston Kāwika Tengan ¶ 8 |
| 3. Native Hawaiians continue to recognize that they are related to elements of nature – to the land, to the ocean, to the wind, to the rain. Nature is the domain of both ancestral spirits and Hawaiian deities so caring for the environment, mālama `āina, mālama kai (care for the land and ocean), is an integral aspect of spiritual practice. | Expert Report of Ty Preston Kāwika Tengan ¶ 9 |
| 4. One of the primary concepts in Native Hawaiian religion holds that all persons, places, plants, and animals are imbued with mana, which loosely translated means spiritual power. | Expert Report of Ty Preston Kāwika Tengan ¶ 10 |
| 5. Spiritual beliefs are also expressed through honoring family deities; that may be long-departed ancestors who provide protection and assistance to Native Hawaiian families. | Expert Report of Ty Preston Kāwika Tengan ¶ 11 |
| 6. In Native Hawaiian spiritual | Expert Report of Ty Preston |

3

| | |
|---|---|
| practice, *pule,* (prayer), *oli* (chant) and *hula* (dance) and other religious protocol produce and perpetuate *mana.* Hula dancing and chanting are a form of prayer. | Kāwika Tengan ¶ 12; Haili 5/31/13 Dep. 304:5-14 |
| 7.     *Mana* is positively increased through *pono* (righteous, just, and responsible) actions. | Expert Report of Ty Preston Kāwika Tengan ¶ 13 |
| 8.     By way of example, Native Hawaiian religious practitioners may seek permission from the appropriate deity before taking a resource, tender *ho`okupu* (an offering) to pay respect to the deity, and *pule* (pray), *oli* (chant), and *hula* (dance) to honor the deity. | Expert Report of Ty Preston Kāwika Tengan ¶ 14 |
| 9.     Native Hawaiian spirituality and Christianity intersected in 1778 with the arrival of the first Europeans.  Native Hawaiian spirituality was and is essentially a non-exclusionary faith because Hawaiian religion may encompass every activity of daily life and recognizes a plurality of deities.  It is therefore not unusual or contradictory for practitioners of Native Hawaiian religion to concurrently follow the teachings of another religion, such as Christianity. | Expert Report of Ty Preston Kāwika Tengan ¶ 15 |
| 10.    Gods within the Native Hawaiian religion represent the source of life | Haili 5/31/13 Dep. 243:5-9, (attached as Exhibit "I" to Declaration of Sharla Manley) |
| **B. DAILY GROUP WORSHIP** | |
| 11.    Traditional Hawaiian society placed high value on the family group or community rather than on the individual. Hawaiians did not live solitary lives but gained their sense of self in relation to their environment, family, and community. | Expert Report of Ty Preston Kāwika Tengan ¶ 16 |
| 12.    Because traditional Native Hawaiian prayer, chant, dance and protocol are passed down from generation to generation by aural, visual, and kinesthetic means, it is vitally | Expert Report of Ty Preston Kāwika Tengan ¶ 18 |

4

| | |
|---|---|
| important that participants in Hawaiian religious activities meet regularly to practice appropriate prayer, chant, dance, and religious protocol.  This ensures accuracy of order, pronunciation and form. | |
| 13.     There is a traditional Hawaiian saying, "*He alo a he alo*," meaning "face-to-face," which demonstrates the importance of direct transmission of prayer, chant, dance, and other religious practices.  Thus, such prayers, chants, dance, and religious protocol cannot be learned from a book, but must be learned from a *kupuna, kahu, kumu* (respected elder or teacher) or others to whom the prayers, chants, hula, and protocol have been personally transmitted. | Expert Report of Ty Preston Kāwika Tengan ¶ 19 |
| 14.     Thus, Native Hawaiian religious practice includes not only individual prayer and chant, but also group prayer, chant, hula, and other activities that are essential to expressing religious belief and faith that increase the spiritual power – *mana* – of the individual and group. | Expert Report of Ty Preston Kāwika Tengan ¶ 20 |
| 15.     In general, the more participants in a specific spiritual activity who are performing *pono* (righteous) activities, the more positive mana is created. | Expert Report of Ty Preston Kāwika Tengan ¶ 21 |
| 16.     In recognition of the sun as a major deity, Native Hawaiian practitioners recognize the summer/winter solstice and spring/fall equinox periods with outdoor ceremonies and religious practices. | Haili 5/31/13 Dep. 319:4-11;321:9-21 |
| 17.     Greeting the sun daily is an important aspect of Native Hawaiian religion. | Expert Report of Ty Preston Kāwika Tengan ¶ 23; Haili 5/31/13 Dep. 247:4-11; 342: 15-20 (attached as Exhibit "I" to Declaration of Sharla Manley) |
| 18.     A Native Hawaiian religious practitioner's "Sabbath" day is every day, and they would conduct prayers and chants at | Haili 5/31/13 Dep. 253:8-254:8 |

5

| | |
|---|---|
| sunrise every day. | |
| 19.    Advisor Haili recommended that the warden accommodate this practice by putting the Native Hawaiian practitioners in a separate housing unit. | Haili 5/8/13 Dep. 156:20-158:15 (attached as Exhibit "H" to Declaration of Sharla Manley) |
| 20.    In 2009, Plaintiffs Davis, Hughes, Kaahu, Poaha, and Galdones filed their respective requests to Saguaro Correctional Center seeking permission to attend daily Native Hawaiian religious outdoor group worship meetings at dawn with prayers and chants. | Affidavit of Juan Valenzuela in Support of Defendants' Motion to Dismiss ¶s 34, 44, 62, 67, 71, (Doc No. 220-3, pages 4245, 4252, 4256, 4257, 4258, respectively), (attached as Exhibit "A" to Declaration of Sharla Manley) |
| 21.    In 2009, Plaintiff Holbron filed his request to Saguaro Correctional Center seeking permission to attend daily Native Hawaiian religious outdoor group worship meetings at dawn with prayers and chants. | Declaration of Sharla Manley, Exhibit B |
| 22.    In 2009, Plaintiffs Kane and Keawe filed their respective requests to Redrock Correctional Center seeking permission to attend daily outdoor group worship meetings at dawn with prayers and chants. | Affidavit of Carl Richey in Support of Defendants' Motion to Dismiss ¶s 36, 42 (Doc No. 220-4, pages 4395, 4396 respectively), (attached as Exhibit "C" to Declaration of Sharla Manley) |
| C. **MAKAHIKI CELEBRATIONS** | |
| 23.    In addition to daily gatherings at dawn, Native Hawaiian religious practitioners observe certain special days during the month and during the year with special religious protocol as an essential expression of their religious belief and faith. | Expert Report of Ty Preston Kāwika Tengan ¶ 2 |
| 24.    While the observance of special days during the month and during the year sometime depend on the practitioner's island and/or *ahupua`a* (traditional land division), the observance of the Makahiki season is a common practice among practitioners. | Expert Report of Ty Preston Kāwika Tengan ¶ 33 |

| | |
|---|---|
| 25.     Makahiki is a fundamental annual religious event for Native Hawaiians, allowing them to honor Lono, the deity of peace, agriculture, fertility, and medicine. | Expert Report of Ty Preston Kāwika Tengan ¶ 34 |
| 26.     The Makahiki season is a three to four month period signaled by the rising of the *Makali`i* (Pleiades) in October and/or November each year and begins a season of peace following the harvest. The season typically ends following the setting of *Makali`i* in February and/or March. | Expert Report of Ty Preston Kāwika Tengan ¶ 35 |
| 27.     Traditionally, during the Makahiki season, all warfare ceases, the most rigid *kapu* restrictions are lifted, and prayers, chants, dance and other religious protocol offer praise and thanksgiving to Lono. | Expert Report of Ty Preston Kāwika Tengan ¶ 36 |
| 28.     Observance of the opening day and closing day of the Makahiki season are integrally important to Native Hawaiian religious and spiritual beliefs. | Expert Report of Ty Preston Kāwika Tengan ¶ 37 |
| 29.     Traditionally, the *akua loa*, a 16-foot pole with a carved representation of Lono at the top and a crosspiece hung with sheets of tapa, fern and feather leis, was carried around each island from district to district, with the people paying tribute to the ruling chief and offering gifts in the form of food, crafts, featherwork, stone implements, lauhala mats and other products. Games and competitions between villages displayed the physical and mental prowess of the people. | Expert Report of Ty Preston Kāwika Tengan ¶ 38 |
| 30.     Native Hawaiian religious practitioners may require ceremonial foods for offerings to Lono.  The use of such foods is based upon religious beliefs and practices first established by Native Hawaiians prior to 1778. | Expert Report of Ty Preston Kāwika Tengan ¶ 39 |
| 31.     Native Hawaiians must eat certain sacramental foods in honor of the god Lono: fresh water, awa, pig, red fish, sweet potato, banana, taro, ulu (breadfruit) | Haili 5/8/13 Dep. 27:10-29:18 |

7

| | |
|---|---|
| 32. While the protocol in observing the opening and closing days of Makahiki is based upon religious beliefs and practices first established by Native Hawaiians prior to 1778, the specific practices and protocol depend on the practitioner's island and/or *ahupua`a* (traditional land division). | Expert Report of Ty Preston Kāwika Tengan ¶ 40 |
| 33. Common practices accepted by most Native Hawaiian religious practitioners in observing the opening and closing days of Makahiki include but are not limited to prayers, chanting, dancing, offerings, cleansing ceremonies, `awa ceremonies, games and competitions and ceremonial feasts. | Expert Report of Ty Preston Kāwika Tengan ¶ 41 |
| 34. At minimum, Native Hawaiians must observe Makahiki with a celebration that include: a) a pre-dawn, outdoor service that lasts until 3:15 pm; b) provide ceremonial foods to be ingested such as pork, sweet potatoes, breadfruit, bananas, fresh water from Hawaii, taro; and c) traditional games | Haili 5/8/13 Dep. 32:19-33:8. Haili 5/31/13 Dep. 311:6-15; 312:18-22; 313:11-16, 20-25; 314: 4-6; 316: 25; 317: 1-15. |
| 35. At minimum, Native Hawaiians must observe Makahiki with access to the following sacred items: wear ceremonial clothing, which may include but is not limited to, *malo*, (loincloth), *kīhei* (cape-like garment worn over the shoulder), *pā`ū* (kilt-like garment), *kūpe`e* (wrist/ankle circlet), and *lei* (neck circlet) | Expert Report of Ty Preston Kāwika Tengan ¶ 53 |
| 36. Additionally, Native Hawaiian religious practitioners must be able to access certain religious materials for Makahiki: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), *`apu* (coconut shell bowl), ti shoots and leafs, *kala* (seaweed), *`ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), *`ohe kā`eke`eke* (percussion instrument), *pūniu* | Expert Report of Ty Preston Kāwika Tengan ¶ 30; Haili 5/8/13 Dep. 28: 9-10. |

8

| | |
|---|---|
| (small knee drum), `*ohe hano ihu*` (bamboo nose flute), *pū `ohe* (bamboo shell horn), *moena* (floor mats made of woven lauhala, grasses, natural fibers). | |
| 37.    As part of Makahiki ceremonies, a communal meal is typically shared by the participants. | Haili 5/8/13 Dep. 30:1-6. Haili 5/31/13 Dep. 315:20-25; 316; 3-7. |
| 38.    In 2009, Plaintiffs Davis, Hughes, Kaahu, Poaha, and Galdones filed their respective requests to Saguaro Correctional Center seeking permission to observe the Opening and Closing of Makahiki as follows: a) a sunrise service; b) a two-hour session dressing the image of Lono, and preparing offerings and giving offerings, including chanting and dancing; c) a one-hour procession; d) a 30-minute opening prayer; e) a 1.5-hour session of traditional games; f) a two-hour session of chanting, prayer, and an awa ceremony; g) a three-hour ceremonial feast, food to be prepared by inmates serving the following ceremonial foods, ia ulaula (red fish), taro, sweet potato, pork, breadfruit, coconut, banana and the awa drink.  These activities should be performed outdoors by all practitioners, as well as attendance and presence of a *kahu* or other religious leaders. | Affidavit of Juan Valenzuela in Support of Defendants' Motion to Dismiss ¶s 34, 44, 62, 67, 71, (Doc No. 220-3, pages 4245, 4252, 4256, 4257, 4258, respectively) (attached as Exhibit "A" to Declaration of Sharla Manley) |
| 39.    In 2009, Plaintiffs Davis, Hughes, Kaahu, Poaha, and Galdones filed their respective requests to Saguaro Correctional Center seeking permission for access to the following sacred items to assist in their observance of  Opening and Closing of Makahiki as follows: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), *`apu* (coconut shell bowl), ti shoots and leafs, *kala* (seaweed), *`ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), | *Id.* |

9

| | |
|---|---|
| *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), `*ohe kā`eke`eke* (percussion instrument), *pūniu* (small knee drum), `*ohe hano ihu* (bamboo nose flute), *pū `ohe* (bamboo shell horn), *moena* (floor mats made of woven lauhala, grasses, natural fibers). | |
| 40. In 2009, Plaintiff Holbron filed his request to Saguaro Correctional Center seeking permission to observe the Opening and Closing of Makahiki as follows: a) a sunrise service; b) a two-hour session dressing the image of Lono, and preparing offerings and giving offerings, including chanting and dancing; c) a one-hour procession; d) a 30-minute opening prayer; e) a 1.5-hour session of traditional games; f) a two-hour session of chanting, prayer, and an awa ceremony; g) a three-hour ceremonial feast, food to be prepared by inmates serving the following ceremonial foods, ia ulaula (red fish), taro, sweet potato, pork, breadfruit, coconut, banana and the awa drink. These activities should be performed outdoors by all practitioners, as well as attendance and presence of a *kahu* or other religious leaders. | Declaration of Sharla Manley, Exhibit D. |
| 41. In 2009, Plaintiff Holbron filed his request to Saguaro Correctional Center seeking permission for access to the following sacred items to assist in his observance of Opening and Closing of Makahiki as follows: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), `*apu* (coconut shell bowl), ti shoots and leafs, *kala* (seaweed), `*ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), `*ohe kā`eke`eke* (percussion instrument), *pūniu* (small knee drum), `*ohe hano ihu* (bamboo nose flute), *pū `ohe* (bamboo shell horn), | Declaration of Sharla Manley, Exhibit E. |

| | |
|---|---|
| *moena* (floor mats made of woven lauhala, grasses, natural fibers). | |
| 42. In 2009 Kane and Keawe filed their respective requests to Redrock Correctional Center seeking permission to observe the Opening and Closing of Makahiki as follows: a) a sunrise service; b) a two-hour session dressing the image of Lono, and preparing offerings and giving offerings, including chanting and dancing; c) a one-hour procession; d) a 30-minute opening prayer; e) a 1.5-hour session of traditional games; f) a two-hour session of chanting, prayer, and an awa ceremony; g) a three-hour ceremonial feast, food to be prepared by inmates serving the following ceremonial foods, ia ulaula (red fish), taro, sweet potato, pork, breadfruit, coconut, banana and the awa drink. These activities should be performed outdoors by all practitioners, as well as attendance and presence of a *kahu* or other religious leaders. | Affidavit of Carl Richey in Support of Defendants' Motion to Dismiss ¶s 36, 42 (Doc No. 220-4, pages 4395, 4396 respectively) attached hereto as Exhibit C. |
| 43. In 2009, Plaintiffs Kane and Keawe filed their respective requests to Redrock Correctional Center seeking permission for access to the following sacred items to assist in their observance of Opening and Closing of Makahiki as follows: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), `*apu* (coconut shell bowl), ti shoots and leafs, *kala* (seaweed), `*ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), `*ohe kā`eke`eke* (percussion instrument), *pūniu* (small knee drum), `*ohe hano ihu* (bamboo nose flute), *pū `ohe* (bamboo shell horn), *moena* (floor mats made of woven lauhala, grasses, natural fibers). | Id. |
|    D. **SACRED ITEMS** | |

| | |
|---|---|
| 44. As an expression of their religious belief and faith, Native Hawaiian religious practitioners often wear ceremonial clothing, which may include but is not limited to, *malo*, (loincloth), *kīhei* (cape-like garment worn over the shoulder), *pā`ū* (kilt-like garment), *kūpe`e* (wrist/ankle circlet), and *lei* (neck circlet) when engaged in communal rituals and protocol. | Expert Report of Ty Preston Kāwika Tengan ¶ 24 |
| 45. A malo is a sacred article of clothing worn by Native Hawaiian religious practitioners during religious practices. | Haili 5/8/13 Dep. 56:6-18; 58:5-59:14; Haili 5/31/13 Dep. 276:6-278:11; Expert Report of Ty Preston Kāwika Tengan ¶¶ 24 24, 53 |
| 46. A malo is a very personal item that should only by worn and handled by the owner because of the mana associated with the item. | Haili 5/8/13 Dep. 56:6-18; 58:5-59:14; Haili 5/31/13 Dep. 276:6-278:11 |
| 47. A kihei is also a sacred garment worn by a Native Hawaiian practitioner during religious practices. | Haili 5/8/13 Dep. 56:6-18; 58:5-59:14; Haili 5/31/13 Dep. 276:6-278:16; Expert Report of Ty Preston Kāwika Tengan ¶¶ 24 24, 53 |
| 48. A kihei should be kept and be taken care of by the owner because of the mana associated with the item | Haili 5/8/13 Dep. 56:6-18; 58:5-59:14; Haili 5/31/13 Dep. 276:6-278:16 |
| 49. Additionally, Native Hawaiian religious practitioners must be able to access certain religious materials for daily use as an essential expression of their religious belief and faith such as: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), *`apu* (coconut shell bowl), ti shoots and leafs, *kala* (seaweed), *`ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), *`ohe kā`eke`eke* (percussion instrument), *pūniu* (small knee drum), *`ohe hano ihu* (bamboo nose flute), *pū `ohe* (bamboo shell horn), *moena* (floor mats | Expert Report of Ty Preston Kāwika Tengan ¶ 30; Haili 5/31/13 Dep. 285:8-286:13 |

| | |
|---|---|
| made of woven lauhala, grasses, natural fibers) | |
| 50. Further, Native Hawaiian religious practitioners typically perform a cleansing ceremony prior to the commencement of their communal rituals and protocol as an essential expression of their religious belief and faith. Such ceremonies are based upon religious beliefs and practices first established by Native Hawaiians prior to 1778. | Expert Report of Ty Preston Kāwika Tengan ¶ 31; Haili 5/31/13 Dep. 258:2-16 |
| 51. The following sacred items may be used for ritual purification: ti leaf, paakai (sea salt), olena (turmeric) and coconut oil. | Haili 5/31/13 Dep. 273:7-274:22 |
| 52. As an expression of their religious belief and faith, Native Hawaiian religious practitioners may possess a small object representing and also manifesting the *mana* of *`aumākua* and *akua* (deities) and ancestors when engaged in rituals and protocol. Such small sacred objects may be given to a Native Hawaiian religious practitioner by a *kahu, kumu, or kupuna* as means of transmitting and perpetuating *mana*. A Native Hawaiian religious practitioner's possession of a small sacred object can be a personal item, and typically kept exclusively by the practitioner at all times. | Expert Report of Ty Preston Kāwika Tengan ¶s 25, 26, 27 |
| 53. A Native Hawaiian practitioner's possession of a personal amulet connects himself to his ancestors and his spiritual beliefs. | Haili 5/8/13 Dep. 51:9-16; Haili 5/31/13 Dep. 265:21-24. |
| 54. There is a spiritual significance in family member's giving another family member a Native Hawaiian amulet, and to lose it is like losing a limb | Haili 5/8/13 Dep. 129:15-130:2. |
| 55. As a Native Hawaiian practitioner, Kaina Haili usually possesses an amulet. | Haili 5/8/13 Dep. 52:1-6; Haili 5/31/13 Dep. 266:8-18. |
| 56. To some Native Hawaiian practitioners, a kukui nut is sacred to them | Haili 5/8/13 Dep. 153:19- 154:4 |
| 57. A Native Hawaiian practitioners | Haili 5/8/13 Dep. 54:9-11; Haili |

13

| | |
|---|---|
| should have a small prayer mat (moena) as a sacred item to conduct their prayers. | 5/31/13 Dep. 280:14-16; 281:4-8 |
| 58. In 2009, Plaintiff Davis, Hughes, Kaahu, Poaha, and Galdones filed their respective requests to Saguaro Correctional Center seeking permission for access to the following sacred items: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), *`apu* (coconut shell bowl), ti shoots and leafs, *kala* (seaweed), *`ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), *`ohe kā`eke`eke* (percussion instrument), *pūniu* (small knee drum), *`ohe hano ihu* (bamboo nose flute), *pū `ohe* (bamboo shell horn), *moena* (floor mats made of woven lauhala, grasses, natural fibers) and other items. | Affidavit of Juan Valenzuela in Support of Defendants' Motion to Dismiss ¶s 34, 44, 62, 67, 71, (Doc No. 220-3, pages 4245, 4252, 4256, 4257, 4258, respectively) attached hereto as Exhibit A. |
| 59. In 2009, Plaintiff Holbron filed his request to Saguaro Correctional Center seeking permission for access to the following sacred items: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), *`apu* (coconut shell bowl), ti shoots and leafs, *kala* (seaweed), *`ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), *`ohe kā`eke`eke* (percussion instrument), *pūniu* (small knee drum), *`ohe hano ihu* (bamboo nose flute), *pū `ohe* (bamboo shell horn), *moena* (floor mats made of woven lauhala, grasses, natural fibers). | Exhibit E |
| 60. In 2009, Plaintiff Kane and Keawe filed their respective requests to Redrock Correctional Center seeking permission for access to the following sacred items: block of lama wood, *kapa* (cloth), *pa`a kai* (sea salt), *`apu* (coconut shell bowl), ti | Affidavit of Carl Richey in Support of Defendants' Motion to Dismiss ¶s 36, 42 (Doc No. 220-4, pages 4395, 4396 respectively) attached hereto as Exhibit C. |

| | |
|---|---|
| shoots and leafs, *kala* (seaweed), *`ōlena* (yellow ginger), a *kāhili* (pole with cylindrical top covered with feathers, cloth, flora and/or painted), *pū kani* (conch shell), *pahu* (tree stump drum), *ipu* (gourd drum), *ipu heke* (double gourd drum), *`ohe kā`eke`eke* (percussion instrument), *pūniu* (small knee drum), *`ohe hano ihu* (bamboo nose flute), *pū `ohe* (bamboo shell horn), *moena* (floor mats made of woven lauhala, grasses, natural fibers) and other items. | |
| **E. SACRED SPACE (ALTAR)** | |
| 61.    A traditional Native Hawaiian concept of special significance during times of death, illness, or other misfortunes is the *pu`uhonua*, or place of refuge. | Expert Report of Ty Preston Kāwika Tengan ¶s 42 |
| 62.    In ancient times, *pu`uhonua* lands provided relief to lawbreakers and those who unintentionally violated religious rules known as *kapu*. Because *pu`uhonua* lands were sacrosanct and inviolable, a wrongdoer was protected from harm or death after entering a *pu`uhonua*. On a smaller scale, many families maintained intergenerational *pu`uhonua,* known as *Pohaku o Kane*, where the family went to seek relief from death, illness, or other misfortunes through prayer and offerings to the family *`aumakua*. | Expert Report of Ty Preston Kāwika Tengan ¶s 43-44 |
| 63.    In contrast to large *pu`uhonua,* the *Pohaku o Kane* consisted of a single stone altar, surrounded by cultivated greenery such as ti leafs. The proper stone for use as a *Pohaku o Kane* was revealed to each family through a dream or other omen. | Expert Report of Ty Preston Kāwika Tengan ¶ 45 |
| 64.    Today, *pu`uhonua* and *Pohaku o* | Expert Report of Ty Preston |

15

| | |
|---|---|
| *Kane* continue to have cultural and religious significance as both symbols of redemption, and as important physical sites for religious ceremony and healing. | Kāwika Tengan ¶¶ 46, 47 |
| 65.   Native Hawaiian religious practitioners also acknowledge the sunrise with ceremonies and prayers near large boulders or pohaku which commemorate the farthest point to the north and the farthest point to the south as the sun rises. | Haili 5/31/13 Dep. 253:8-254:8 |
| 66.   Consistent with the *Pohaku o Kane* concept, Kaina Haili has built a stone "kuahu" (altar for prayers and offerings) in his backyard. | Haili 5/8/13 Dep. 118:4-119:16 |
| 67.   Such an altar should be made from natural materials, such as rock. | Haili 5/31/13 Dep. 294:7-295:15; 297:11-20 |
| 68.   Such an altar should be of interlinking rocks, approximately 4 feet by 4 feet in dimension. | Haili 5/31/13 Dep. 297:21-298:1 |
| 69.   Advisor Haili recommended that Saguaro accommodate the request for a stone altar. | Haili 5/8/13 Dep. 161:11-162:7. |
| 70.   In 2009, Plaintiffs Davis, Hughes, Kaahu, Poaha, and Galdones filed their respective requests to Saguaro Correctional Center seeking permission establish an outdoor altar made from at least two stones to serve a sacred space for their Native Hawaiian religious exercises. | Affidavit of Juan Valenzuela in Support of Defendants' Motion to Dismiss ¶s 34, 44, 62, 67, 71, (Doc No. 220-3, pages 4245, 4252, 4256, 4257, 4258, respectively) attached hereto as Exhibit A. |
| 71.   In 2009, Plaintiff Holbron filed his requests to Saguaro Correctional Center seeking permission establish an outdoor altar made from at least two stones to serve a sacred space for his Native Hawaiian religious exercises. | Declaration of Sharla Manley, Exhibit F |
| 72.   In 2009, Plaintiff Kane and Keawe filed their respective requests to Redrock Correctional Center seeking permission establish an outdoor altar made | Affidavit of Carl Richey in Support of Defendants' Motion to Dismiss ¶s 36, 42 (Doc No. 220-4, pages 4395, 4396 |

16

| | |
|---|---|
| from at least two stones to serve a sacred space for Native Hawaiian religious exercises. | respectively), (attached as Exhibit "C" to Declaration of Sharla Manley) |
| **F. SPIRITUAL ADVISOR** | |
| 73. From an early age, young Native Hawaiians learn through listening, watching, and participating in community life. Similarly, spiritual values and teachings are passed from generation to generation through the extended family and community, primarily through direct contact with those who are older and wiser and trained in spiritual matters. Thus, the presence and guidance of *kūpuna, kahu, kumu* (respected elders or teachers) is vital to the transmission of spiritual knowledge to the Native Hawaiian community. | Expert Report of Ty Preston Kāwika Tengan ¶ 17 |
| 74. Native Hawaiian religion was mostly handed down through chanting, oral storytelling. | Haili 5/31/13 Dep. 248:8-14 |
| 75. There is a traditional Hawaiian saying, "*He alo a he alo*," meaning "face-to-face," which demonstrates the importance of direct transmission of prayer, chant, dance, and other religious practices. Thus, such prayers, chants, dance, and religious protocol cannot be learned from a book, but must be learned from a *kupuna, kahu, kumu* (respected elder or teacher) or others to whom the prayers, chants, hula, and protocol have been personally transmitted. | Expert Report of Ty Preston Kāwika Tengan ¶ 19 |
| 76. Religious activities should be guided by a qualified *kahu, kumu, or kupuna*. However, at the very least, Native Hawaiian religious activities should be practiced and performed by participants in a communal setting to ensure that all participants are performing prayer, chant, dance and religious protocols properly and gain knowledge of their deeper meaning. | Expert Report of Ty Preston Kāwika Tengan ¶ 22 |
| 77. In 2010, Plaintiff Holbron filed | Declaration of Sharla Manley, |

| | |
|---|---|
| his request to Saguaro Correctional Center seeking permission to meet regularly and frequently with a well-respected Native Hawaiian Spiritual Advisor. | Exhibit G. |
| 78.   In 2010, Plaintiff Keawe filed a request to Redrock Correctional Center seeking permission to meet with a well-respected Native Hawaiian Spiritual Advisor. | Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss for Failure to Exhaust (Doc. No. 286), pages 5417, and 5437. |